1
2
3
4
5
6
7
8
9                  UNITED STATES DISTRICT COURT

10       CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

11
12
13
14

15  ALEXY GUINEA, aka ALEX,            ) CV 14-02291-JFW (SH)
    GONZALEZ,                          )
16                                     )ORDER ACCEPTING THE
                     Petitioner,       )REPORT AND RECOMMENDATION
17                                     )OF UNITED STATES MAGISTRATE
                                       ) JUDGE
18        v.                           )
                                       )
19  J. SOTO, Warden,                   )
                                       )
20                   Respondent.       )
                                       )
21  _____

        Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition, the
22
    other records on file herein, and the Report and Recommendation of the United
23
    States Magistrate Judge.  Further, the Court has engaged in a <u>de novo</u>  review of
24
    those portions of the Report and Recommendation to which objections have been
25
    made.  The Court accepts the findings and recommendations of the Magistrate
26
    Judge.
27
28

                                       1

1    IT IS THEREFORE ORDERED that Judgment be entered denying the

2 Petition and the action is dismissed without prejudice.

3 DATED: February 23, 2015

4

5                          /s/

6    _____

7              JOHN F. WALTER
         UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28