JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| ALEXY GUINEA, aka ALEX GONZALEZ,<br><br>    Petitioner,<br><br>v.<br><br>J. SOTO, Warden,<br><br>    Respondent. | CV 14-02291-JFW (SH)<br><br>JUDGMENT |

Pursuant to the Order of the court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed without prejudice.

DATED: February 23, 2015

/s/
_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE